## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH BIOR KON, | ) | CASE NO. 4:10CV3149 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| DOUGLAS COUNTY JAIL, and | ) | |
| WESTON, Officer, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On August 20, 2010, the court entered a Memorandum and Order that required Plaintiff to "submit a signed application to proceed in forma pauperis, or pay the $350.00 filing fee, on or before September 9, 2010." (Filing No. 4 at CM/ECF p. 1.) The court warned Plaintiff that if he failed to comply with the court's Memorandum and Order, this matter would be dismissed without further notice. (*Id.*) Plaintiff has not paid the filing fee, submitted a motion to proceed in forma pauperis, or otherwise responded to the court's August 20, 2010, Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders;

    and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 15th day of September, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.